Reset Form

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Paul Vasquez, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV 08-01629-JTM-(AGRx) |
| v. | |
| City of Colton, Does 1 to 10, inclusive, | **ORDER DISMISSING CIVIL ACTION** |
| DEFENDANT(S). | |

THE COURT having been advised by Counsel for the parties that the above-entitled action has been settled. However, to date, counsel have:
☐ failed to file the appropriate stipulation for dismissal, or
☐ failed to respond to the Order to Show Cause Re: Dismissal of Action by reason of:

☒ Other:

On May 20, 2010, this Court, Judge John Thomas Marten, issued an Memorandum and Order dispositive of the pending claims in this action. ("ECF No. 34")  On March 25, 2011, the Plaintiff, Paul Vasquez, filed an Appeal before the Ninth Circuit, Court of Appeals. ("ECF No. 41")  On November 14, 2011, Appellant's motion for voluntary dismissal of his appeal was granted, and a copy of the order sent to the district court shall act as the mandate for this court. ("ECF No. 44")  Accordingly, inasmuch as no pending issues remain this case docket shall be closed.

IT IS THEREFORE ORDERED that this action is hereby dismissed.

IT IS FURTHER ORDERED that this Order is a final judgment for purposes of Rule 54(a), F.R.Cv.P.  It shall be entered pursuant to Rule 58, F.R.Cv.P., and served upon the parties.

Clerk, U. S. District Court

| 12/6/11 | By | Jim Holmes, Relief Courtroom Deputy |
|---|---|---|
| Date | | Deputy Clerk |